O'BRIEN v. LASHER et al. (two cases). (Circuit Court of Appeals, Second Circuit. March 9, 1921.) No. 226. Appeal from the District Court of the United States for the District of Connecticut. Suit by James J. O'Brien against Walter D. Lasher and others. From a judgment for defendants, plaintiff appeals, and defendants move to dismiss the appeal. Motion denied. Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. The motion to dismiss the appeal is denied. No amendment having been made by the plaintiff, the decree of Judge Howe, of November 1, 1920, is to be treated as final and appealable.

———————

PIERCE v. NATIONAL BANK OF COMMERCE IN ST. LOUIS. (Circuit Court of Appeals, Eighth Circuit. March 12, 1921.) No. 5786. Appeal from the District Court of the United States for the Eastern District of Missouri. H. S. Priest, of St. Louis, Mo., for appellant. George L. Edwards, of St. Louis, Mo., for appellee. See, also, 268 Fed. 487.

PER CURIAM. Appeal dismissed, with costs, on motion of appellant.

———————

In re R. M. ROSE & CO. Petition of HEYMAN et al. (Circuit Court of Appeals, Sixth Circuit. February 9, 1921.) No. 3512. Petition to Revise an Order of the District Court of the United States for the Southern Division of the Eastern District of Tennessee; Edward T. Sanford, Judge. Jesse M. Littleton, of Chattanooga, Tenn., L. J. Crawford, of Newport, Ky., and Kramer & Bettman, of Cincinnati, Ohio, for petitioners. W. T. Kennerly, U. S. Atty., of Knoxville, Tenn., for respondent.

PER CURIAM. Dismissed on motion of petitioners.

———————

THOMPSON MFG. CO. v. VACUUM CLEANER CO. (Circuit Court of Appeals, Eighth Circuit. January 28, 1921.) No. 5628. Appeal from the District Court of the United States for the Southern District of Iowa. Ralph Orwig and W. P. Blair, both of Des Moines, Iowa, for appellant. Charles Neave and William G. McKnight, both of Boston, Mass., for appellee. For opinion below, see 258 Fed. 239.

PER CURIAM. Appeal dismissed, at costs of appellant, without taxation of attorney fee, on motion of appellant and consent of appellee.

———————

RYAN v. ÆTNA LIFE INS. CO. OF HARTFORD, CONN. (Circuit Court of Appeals, Second Circuit. April 13, 1921.) No. 180. In Error to the District Court of the United States for the Eastern District of New York. Action by Catherine Ryan against the Ætna Life Insurance Company of Hartford, Conn. Judgment for defendant, and plaintiff brings error. Affirmed. See, also, 253 Fed. 457, and 255 Fed. 483, 166 C. C. A. 559. Thomas J. O'Neill, of White Plains, N. Y. (John A. Goodwin, of White Plains, N. Y., and Leonard F. Fish, of New York City, of counsel), for plaintiff in error. James B. Henney, of New York City (John Vernon Bouvier, Jr., of New York City, of counsel), for defendant in error. Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. The judgment is affirmed.